1  ROSNER, BARRY & BABBITT, LLP
   Hallen D. Rosner, SBN: 109740
2  Jeffrey L. Le Pere, SBN: 201787
   10085 Carroll Canyon Road, Suite 100
3  San Diego, CA 92131
   Telephone:  (858) 348-1005
4  Facsimile:  (858) 348-1150
   *hal@rbblawgroup.com*
5  *jeff@rbblawgroup.com*

6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | HERBERT BROWN, an individual,         | Case No. 2:16-cv-02542-MCE-AC
12 |          Plaintiff,                   | **ORDER ON STIPULATION OF VOLUNTARY DISMISSAL**
13 |     v.                                | **PURSUANT TO FRCP 41(a)(1)(A)(ii)**
14 | FORD MOTOR COMPANY, a                 | Judge: Hon. Morrison C. England, Jr.
   | corporation; and DOES 1 through 75,   | Ctrm:  7 – 14th Floor
15 | inclusive,                            |
16 |          Defendants.                  | Complaint Filed: October 25, 2016
                                            Trial Date: None Set

                                    1                  2:16-cv-02542-MCE-AC
                                  ORDER

1  On March 30, 2017, Plaintiff HERBERT BROWN along with Defendant FORD MOTOR COMPANY, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby orders:

1. This entire action is DISMISSED WITH PREJUDICE, and each party shall bear their own fees and costs.
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  April 5, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE